No. 04–5050. SHORTRIDGE v. VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–5051. HOLLY v. ANTON. C. A. 7th Cir. Certiorari denied.

No. 04–5053. FELICIANO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–5055. HAYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5056. GEORGE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5057. HALE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5058. LEE v. WHITE, CHIEF JUSTICE, SUPREME COURT OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 04–5059. TANH HUU LAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5060. BRIGGINS v. UNICOR FEDERAL PRISON, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5061. CELESTINE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5062. HUDSON v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–5063. MUSANTE v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5065. CLARK v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5066. ANGEL CHAIREZ v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.